Carl Freudenberg and Mary Freudenberg, Appellants, v. James E. Dooley, Appellee.

Gen. No. 40,997.

Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940. Gold & Liebman, for appellants; Aaron R. Epstein, of counsel; John P. Humphreys, for appellee; Arthur J. Donovan, of counsel. Opinion by JUSTICE BURKE. ''Not to be published in full.''